IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:  August 5, 2014 |
| Court Reporter:     Gwen Daniel | Probation: Gary Burney |
| | Interpreter: Marcela Salazar |

_____

Criminal Action No. 14-cr-00041-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Geoffrey Rieman

     Plaintiff,

v.

**1.  MARIA LUIS ALVARADO-**            Matthew Golla
**GONZALEZ,**
a/k/a Maria Luisa Gonzales-Alvarado,
a/k/a Maria Luisa Gonzalez-Alvarado,
a/k/a Alma Lourdes Hernandez-Tavarez,

     Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

3:04 p.m.      Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

1

Discussion held regarding Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 24, filed 7/22/14).

**ORDERED:    Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 24, filed 7/22/14) is GRANTED as stated on the record.**

> On May 2, 2014, Defendant entered a plea of guilty to Count 1 of the Indictment, Illegal reentry after deportation subsequent to a felony conviction, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Sentencing Statement by the Government.

Sentencing Statement by Defendant.

Defendant's Allocution

**ORDERED:    Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Maria Luis Alvarado-Gonzalez, is hereby committed to the custody of the Bureau of Prisons, to be imprisoned for a term of TIME SERVED.**

**ORDERED:    Defendant shall not be placed on supervised release upon release from imprisonment.**

**Defendant is advised that if she reenters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, she may be subject to further federal prosecution.**

**ORDERED:    The mandatory drug-testing provision is waived.**

**ORDERED:    The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:    The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:    Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both her conviction and sentence imposed pursuant to her conditional plea of guilty.

      **ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

3:24 p.m.      Court in Recess
                Hearing concluded
                Time: 00:20