IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-00041-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA LUIS ALVARADO-GONZALEZ,
a/k/a Maria Luisa Gonzales-Alvarado,
a/k/a Maria Luisa Gonzalez-Alvarado,
a/k/a Alma Lourdes Hernandez-Tavarez,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant, Maria Luis Alvarado-Gonzalez, is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 5th day of August 2014.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge